UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

                 Plaintiff,                         Case No. 1:09:CR:185

v.

                                                HON. GORDON J. QUIST

CLARENCE RAY BONDS,

                 Defendant.

_____/

**<u>ORDER</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge filed December 30, 2009, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Clarence Ray Bonds' plea of guilty to Count One of the Superseding Information is accepted. Defendant Clarence Ray Bonds is adjudicated guilty.

3.      Defendant Clarence Ray Bonds shall be detained pending sentencing.

4.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  January 14, 2010                           _____/s/ Gordon J. Quist_____
                                             GORDON J. QUIST
                                       UNITED STATES DISTRICT JUDGE